**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

In re: Case No.: **26−10270 − MMH** Chapter: **7** Adversary No.: **26−00205**

**Daniel Yakov Saslow**
Debtor

**Matthew Cheney**
Plaintiff

vs.

**Daniel Yakov Saslow**
Defendant

# DEFICIENCY NOTICE

DOCUMENT: 8 − Motion for Default Judgment Filed by Matthew Cheney. (Attachments: # 1 Affidavit in Support of Default Judgment # 2 Proposed Order) (Bernstein, Hugh)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 10/14/26.**

**A Motion for Default Judgement was filed but the notice language required by Local Bankruptcy Rule 7055−2 was not filed.**

CURE: File an Amended Motion for Default Judgement and include the notice required by Local Bankruptcy Rule 7055−2 by the cure date listed above.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 9/30/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, C Paige
410−962−4434

cc: Plaintiff

Attorney for Plaintiff − Hugh M. (UST) Bernstein

Defendant

Attorney for Defendant − PRO SE

defntc (rev. 09/01/2025)