IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| In Re:<br>**DANIEL YAKOV SASLOW,**<br>Debtor. | Case No.: 26-10270-MMH<br>Chapter 7 |
| **MATTHEW W. CHENEY,**<br>**Acting United States Trustee for Region 4,**<br>Plaintiff,<br>v.<br>**DANIEL YAKOV SASLOW,**<br>Defendant. | Adv. Pro.: 26-00205-MMH |

## AMENDED MOTION FOR DEFAULT JUDGMENT

# NOTICE

Your rights may be affected. You should read these papers carefully and may wish to discuss them with an attorney. A motion for default judgment is a request for judgment on one or more of the claims contained in the complaint filed in this case. A motion for default judgment is governed by Rule 55 of the Federal Rules of Civil Procedure. Because you have failed to file an answer or other pleading in this case, the Court may enter judgment against you without trial.

If you want to oppose the motion for default judgment, you must file with the Court and serve on the other party a written response opposing the motion and stating the reasons for your opposition. Your opposition must be filed and served within fourteen (14) days after the service date of the motion, plus three (3) additional days if the motion was served on you by mail, unless otherwise ordered by the Court. If you file a written response, the Court may hold a hearing at a location and time set forth in a notice from the Clerk of Court.

If you fail to file a timely written response to the motion, the Court may grant the motion, in whole or in part, with or without holding a hearing. This will result in the termination of the proceeding, or some part of the proceeding, in favor of the moving party, and the entry of a judgment against you.

Matthew W. Cheney, Acting United States Trustee for Region 4, pursuant to Rule 55 of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding through Rule 7055 of the Federal Rules of Bankruptcy Procedure, hereby moves for judgment by default against the debtor.

In support thereof the United States Trustee states as follows:

1. This Court has jurisdiction to hear this Complaint pursuant to 28 U.S.C. §§ 157 and 1334.

2. This adversary proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(J).

3. Venue is proper in this Court under 28 U.S.C. § 1409.

4. Matthew W. Cheney ("Plaintiff") is the Acting United States Trustee for Region 4, duly appointed as such under 28 U.S.C. § 581(a)(4).

5. Daniel Yakov Saslow ("Debtor") is an individual residing in Maryland and is the individual debtor in bankruptcy case 26-10270-MMH.

6. On August 21, 2026, Plaintiff filed a Complaint to Deny Discharge, requesting that Debtor's discharge be denied based on the alleged commission of acts specified in 11 U.S.C. §§ 727(a)(3), 727(a)(4), and 727(a)(5). (*See* Doc. 1.)

7. On August 23, 2026, this Court issued a Summons and Notice of Pretrial Conference (the "Summons"). (*See* Doc. 2.)

8. In accordance with Rule 7004(b)(9) of the Federal Rules of Bankruptcy Procedure, on August 24, 2026, counsel for the United States Trustee mailed, by first class mail, postage prepaid, a true and correct copy of the Complaint and Summons to Debtor at

the following addresses:

> Daniel Yakov Saslow
> 5900 Winner Avenue
> Baltimore, MD 21215; and
>
> Aryeh E. Stein
> Meridian Law, LLC
> 1212 Reisterstown Road
> Baltimore, Maryland 21208.

(*See* Doc. 3.)

9. The Summons required an answer or responsive motion on or before September 22, 2026.

10. Debtor has not filed an answer or responsive motion.

11. Debtor is not a minor and is not incompetent.

12. Debtor is not serving in any branch of the United States armed forces. (*See* Affidavit of Hugh Bernstein, attached hereto as Exhibit 1.)

13. On September 24, 2026, the Clerk entered Debtor's default. (*See* Doc. 6.)

14. Debtor is in default and the Plaintiff is entitled to entry of judgment by default. Fed. R. Bankr. P. 7055.

WHEREFORE, the United States Trustee respectfully moves for entry of an order granting judgment by default and denying Debtor's discharge pursuant to 11 U.S.C. §§ 727(a)(3), 727(a)(4), and 727(a)(5), and such other and further relief as is just and proper.

Respectfully submitted,

Dated: October 14, 2026

Matthew W. Cheney
United States Trustee, Region Four

By: /s/ *Hugh M. Bernstein*
Hugh M. Bernstein (Fed. Bar No. 23489)
United States Department of Justice
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201
(410) 962-4300
hugh.m.bernstein@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 14, 2026, a copy of the foregoing document was mailed, first class, postage prepaid to:

Daniel Yakov Saslow
5900 Winner Avenue
Baltimore, MD 21215.

I HEREBY FURTHER CERTIFY, that according to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

N/A

*<u>/s/ Hugh M. Bernstein</u>*
Hugh M. Bernstein