IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| In Re:<br><br>**DANIEL YAKOV SASLOW,**<br><br>Debtor. | Case No.: 26-10270-MMH<br><br>Chapter 7 |
| **MATTHEW W. CHENEY,**<br>Acting United States Trustee for Region 4**,**<br><br>Plaintiff,<br><br>v.<br><br>**DANIEL YAKOV SASLOW,**<br><br>Defendant. | Adv. Pro.: 25-00205-MMH |

## ORDER DENYING DISCHARGE

Upon consideration of the United States Trustee's Motion For Default Judgment and the Affidavit attached thereto, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the discharge of the Debtor, Daniel Yakov Saslow, be and hereby is **DENIED**. Said discharge is denied pursuant to 11 U.S.C. §§ 727(a)(3), 727(a)(4) and 727(a)(5).

cc: Hugh M. Bernstein
Debtor
Patricia Jefferson
Aryeh Stein
All creditors

**[END OF ORDER]**